# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :     No. 22 WM 2022
:
Respondent     :
:
:
:
v.     :
:
:
LUKE WILLIAM HOOVER,     :
:
Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of July, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.